# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DOROTHY A. TWEER,<br><br>        Plaintiff,<br><br>-vs-<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANSUNION LLC,<br><br>        Defendants. | CASE NO.: 1:25-cv-00301-AT-CCB |

## **NOTICE OF SETTLEMENT AS TO DEFENDANT, TRANSUNION LLC,**

COMES NOW Plaintiff, DOROTHY A. TWEER, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, TRANSUNION LLC have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 3rd day of March 2025.

                                                                     **/s/ Octavio Gomez**
                                                                     Octavio "Tav" Gomez
                                                                     Florida Bar No.: 0338620
                                                                     Georgia Bar No.: 617963
                                                                     Pennsylvania No.: 325066
                                                                     The Consumer Lawyers PLLC

501 E. Kennedy Blvd, Suite 610  
Tampa, FL 33602  
Cell: (813) 299-8537  
Facsimile: (844) 951-3933  
Tav@theconsumerlawyers.com  
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 3rd day of March 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/ Octavio Gomez**  
Octavio "Tav" Gomez  
Georgia Bar No.: 617963  
The Consumer Lawyers  
*Attorney for Plaintiff*